**Order entered February 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00852-CR
No. 05-18-00853-CR

**TYRAN DARNELLE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 30121, 30122**

## ORDER

Before the Court is appellant's February 14, 2019 request to file a pro se response to counsel's *Anders* brief. We **GRANT** the request.

We **ORDER** appellate counsel Peter I. Morgan to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the records have been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **April 12, 2019**.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to counsel for the parties.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Tyran Darnelle Wilson; TDCJ No. 02212651; Wallace Unit; 1675 South FM 3525; Colorado City, Texas 79512.

/s/    BILL PEDERSEN, III
        JUSTICE